**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7431**

RAMON CHARLES CHAPMAN,

           Plaintiff - Appellant,

    v.

COMMONWEALTH OF VIRGINIA, DEPARTMENT OF CORRECTIONS,

           Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, Chief District Judge.  (2:11-cv-00368-RBS-DEM)

Submitted: January 31, 2012      Decided: February 3, 2012

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ramon Charles Chapman, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ramon Charles Chapman appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint without prejudice pursuant to 28 U.S.C. § 1915A(b)(2) (2006). On appeal, we confine our review to the issues raised in the Appellant's brief. <u>See</u> 4th Cir. R. 34(b). Because Chapman's informal brief does not challenge the basis for the district court's disposition, Chapman has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2